# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

CHARMAINE SIDES,

      Plaintiff,

v.                                                 CIV 19-0579 MV/KBM

ANDREW SAUL,
Commissioner of Social
Security Administration,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on April 15, 2020. *See Doc. 29.* The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. *Id.* at 17. To date, neither party has filed objections.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 29)* is ADOPTED;

2.    Plaintiff's Motion to Reverse or Remand *(Doc. 20)* is granted; and

3.    The Court will remand the case to the Commissioner of the Social Security Administration pursuant to 42 U.S.C. § 405(g).

_____
UNITED STATES DISTRICT JUDGE